UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REEFER TEK LLC and REEFERTEK USA CORP.,

                Plaintiffs,

– *against* –

EL DORADO TRAILER LEASING, LLC,

                Defendant.

**ORDER**

17 Civ. 1809 (ER)

RAMOS, D.J.:

      The parties are hereby ORDERED to file a joint status report by December 3, 2020. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

      SO ORDERED.

Dated:  November 19, 2020
             New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.